

# NUMBER 13-15-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STRIPES LLC,                                                      Appellant,

v.

HAZEM MRAYYAN,                                                Appellee.

### On appeal from the County Court at Law No. 1
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion by Per Curiam**

Appellant Stripes LLC and Appellee Hazem Mrayyan have filed a joint motion to dismiss this appeal on grounds that the matter is proceeding to arbitration and appellant has obtained all relief sought on appeal, thereby rendering this appeal moot. The Court, having considered the documents on file and the parties' joint motion to dismiss the

appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The parties' joint motion to dismiss is granted and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of November, 2015.

2